# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| RAMON RODRIGUEZ-GONZALEZ | ) | Mag. 25-455 |
| also known as "Ramon Rodriguez Gonzales" | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 27, 2025__ in the county of __Bibb__ in the __Northern__ District of __Alabama__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) and (b)(1) | Illegal Reentry of a Previously Deported Alien Subsequent to Felony Conviction |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

**SUZANNE M PREVATTE**
Digitally signed by SUZANNE M PREVATTE
Date: 2025.07.07 15:20:00 -05'00'

*Complainant's signature*

Suzanne Prevatte, HSI Special Agent
*Printed name and title*

Telephonically sworn to before me and electronically signed on

Date: 07/07/25

*Judge's signature*

City and state: Birmingham, Alabama

Nicholas A. Danella, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Suzanne Prevatte, being duly first sworn, depose and say:

1. I am a Special Agent with Homeland Security Investigations (HSI), U.S. Department of Homeland Security (DHS). I have been so employed since November of 2002. As a part of my official duties as a HSI special agent, I investigate criminal violations of the federal laws, including, but not limited to, violations of Title 8 of the United States Code ("U.S.C."), including illegal reentry and related offenses.

2. This affidavit is made in support of a criminal complaint against Ramon RODRIGUEZ-Gonzalez and sets forth the probable cause that RODRIGUEZ, a native and citizen of Mexico, illegally re-entered the United States after deportation and subsequent to a felony conviction, in violation of Title 8, United States Code, Section 1326(a) and (b)(1)

3. The facts in this affidavit come from my personal observations, my training and experience, the training and experience of other agents and officers, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

## PROBABLE CAUSE

4. On or about June 27, 2025, the DHS Enforcement and Removal Operations (ERO) identified Ramon RODRIGUEZ-Gonzalez, as a native and citizen of Mexico who entered the United States unlawfully. As a result of this, ERO issued a detainer to Bibb County, Alabama Jail, where he was being held by the Alabama Law Enforcement Agency (ALEA) as a suspect in a local homicide investigation.

5. On June 30, 2025, HSI agents took custody of RODRIGUEZ from Bibb County Jail. He was transported and processed at the HSI Birmingham office. During this process it was discovered that RODRIGUEZ is also the subject of a prior deportation and has a prior federal conviction.

6. Law enforcement databases revealed RODRIGUEZ is a native and citizen of Mexico who was convicted in case number 2:19-cr-105-LSC-TMP, in United States District Court, Northern District of Alabama, on or about March 26, 2019, for violations outlined in Title 18, United States Code, Section 911 (false claim of citizenship), which is a felony offense. RODRIGUEZ was sentenced to time served with twelve months supervised release.

7. RODRIGUEZ was taken into ICE custody on or about March 26, 2019, after his conviction in the Northern District of Alabama. RODRIGUEZ was

granted a voluntary departure under safeguards and removed to Mexico on or about April 29, 2019.

8.  RODRIGUEZ was arrested on again on May 30, 2019, by the United States Border Patrol after illegally entering the United States at the Mexico border. He was ordered removed via an expedited removal order on or about May 30, 2019, and removed from the United States on or about June 1, 2019.

9.  On or about June 27, 2025, RODRIGUEZ was arrested by ALEA, as he is a suspect in a murder investigation in Bibb County, Alabama within the Northern District of Alabama. He entered ICE custody on June 30, 2025. A fingerprint-based search of immigration and law enforcement databases revealed that RODRIGUEZ is a native and citizen of Mexico. These records further showed that RODRIGUEZ was originally removed from the United States on or about June 1, 2019, pursuant to an expedited order of removal as evidence by Immigration Form I-296. Here, the defendant's most resent I-296 showed that he was removed on June 1, 2019, via Laredo, Texas.

10. Further, immigration records related to RODRIGUEZ's were reviewed by DHS personnel, and those records did not contain any documentation showing that he has applied for or received permission from the Attorney General of the United States or the Secretary of the Department of Homeland Security, for admission to the United States following his

removal on or about June 1, 2019. There is also no evidence that an application was made or approved. Had RODRIGUEZ made such an application, that fact would be reflected in his immigration records. Lastly, I have no reason to believe that RODROGUEZ was here involuntarily when he was found in the Northern District of Alabama on June 27, 2025.

11.     In reviewing law enforcement databases, I found that the defendant has a prior felony conviction that likely subjects him to the enhanced penalty provisions under 8 U.S.C. § 1326(a) and (b)(1). This conviction consists of the aforementioned felony conviction in 2:19-cr-105-LSC-TMP for False Claim of Citizenship.

## CONCLUSION

12. Based on the above facts, I believe there is probable cause to establish Ramon RODRIGUEZ-Gonzalez has violated Title 8, United States Code (U.S.C.), Section § 1326(a) and (b)(1).

_____
SUZANNE PREVATTE
Special Agent
Homeland Security Investigations

Sworn to by telephone and signed electronically this the 7th day of July, 2025.

_____
NICHOLAS A. DANELLA
United States Magistrate Judge
Northern District of Alabama